ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| United Infrastructure Projects FZCO | ) ASBCA No. 62562 |
| | ) |
| Under Contract No. N33191-09-D-0120 | ) |

APPEARANCES FOR THE APPELLANT:    Reginald M. Jones, Esq.
                                  Diana McGraw, Esq.
                                  Rachel M. Severance, Esq.
                                    Fox Rothschild LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Matthew D. Bordelon, Esq.
                                    Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,931,756.99. Appellant has agreed to waive Contract Disputes Act interest, except that if the award is not paid within 30 days of the date the judgment fund forms are submitted to the Department of the Treasury (submission date), interest shall be paid on the principal amount of $1,931,756.99 pursuant to 41 U.S.C. § 7109 from one day after the submission date until the date of payment. Appellant waives any right it may have to attorney fees under the Equal Access to Justice Act or any other authority.

Dated: May 24, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                   I concur

RICHARD SHACKLEFORD              OWEN C. WILSON
Administrative Judge                    Administrative Judge
Vice Chairman                           Vice Chairman
Armed Services Board                Armed Services Board
of Contract Appeals                    of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62562, Appeal of United Infrastructure Projects FZCO, rendered in conformance with the Board's Charter.

Dated: May 26, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals